Gregory R. Rauch ISB# 7389
Alex Gluszczak ISB# 12260
Magyar, Rauch & Associates, PLLC
Attorneys at Law
326 E 6th Street
Moscow Idaho 83843
Tel:  (208) 882-1906
Fax: (208) 882-4540

*Attorneys for Amicus Curiae*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| *In Re Brooks M. Witzke* | Misc. Dkt No. 1:24-cv-00044 |

**UNOPPOSED MOTION OF VARIOUS MEMBERS OF THE BAR FOR LEAVE TO FILE THE ATTACHED BRIEF AS *AMICI CURIAE* IN SUPPORT OF BROOKS M. WITZKE'S IMMEDIATE ADMISSION TO THE BAR OF THIS COURT**

The Attorneys and legal professionals listed below seek leave to participate as *amici curiae* in the above captioned matter by filing the attached brief in support of the Petition of Brooks M. Witzke ("Witzke") for admission to the Bar of this Court. In support, the moving persons say as follows:

1. The attorneys who are members of the Bar of this Court and who seek leave are as follows:

   - Gregory R. Rauch
   - Lawrence A. Moran
   - Michael Alexander Gluszczak
   - Peter J. Dan

2. These above-listed lawyers are experienced criminal defense attorneys with decades of combined practice before either this Court and/or courts across the State of Idaho. As

such, they each have a long-standing interest in the fair and compassionate treatment of all who come before the Court, not merely as defendants, but as members of the Bar as well. Movants seek to urge the Court to uphold the principles of rehabilitation, redemption, and substantive due process as previously recognized in other cases both here and in the Idaho State courts. In particular, they seek to dissuade the Court from making a decision which would deny admission to a qualified lawyer based, in any part, in reliance upon the fact that he had waged a wholly lawful but aggressive defense which challenged the ethics of the State government's actions against him in a federal lawsuit where this Court expressly found he had done nothing improper.

3. *Amici* Peter J. Dan, a Kootenai County Public Defender, was in Witzke's law school class and the two graduated from law school on the same day (May 4, 2019) after having attended all three years together. Mr. Dan has been practicing since graduation and feels that the ISB's conduct of arbitrarily holding Witzke out of the profession for almost five (5) years is a miscarriage of justice in and of itself, especially where Mr. Dan knows Witzke to be exceptionally talented, ethical, and passionate about using his talents to advance the administration of justice.

4. Mr. Dan also believes the ISB's Petition to the Idaho Supreme Court to "disbar" Witzke to hold him out of the profession for another five years to be one of the most unjust and egregious mistakes he has seen as a member of the Bar of Idaho, and he finds it necessary to explain why this Court should grant Witzke's Petition and issue him a law license.

5. There is no federal law or rule of procedure governing whether one may be granted status as *amicus curiae*, and whether to grant that privilege rests within the federal court's broad discretion. *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). Courts have granted amicus status to

those who serve timely, helpful briefing, and in instances "where the legal issues in a case have potential ramifications beyond the parties directly involved." *Idaho v. Coeur d'Alene Tribe*, No. 2:14-cv-00170-BLW, 2014 U.S. Dist. LEXIS 74243, at *3 (D. Idaho May 29, 2014). Additionally, persons such as the Amicus filers in the index case can submit an amicus brief to "offer[] their historical perspective and specialized knowledge as amicus curiae." *Wilderness Watch v. Jackson*, No. 1:23-cv-295-CWD, 2023 U.S. Dist. LEXIS 209309, at *10 (D. Idaho Nov. 20, 2023).

6. As discussed *supra*, the *Amici* in this case have a substantial interest in ensuring the fair and compassionate treatment of those who seek admission to practice before this Court, and to ensure that a highly skilled and qualified candidate is not deprived of the right to practice before this Court—and resultantly the ability to serve the public—solely because he challenged the State government in one or more federal lawsuits before this Court where this Court expressly found that he did nothing wrong or improper. Especially so, where the government placed the applicant in a position where he was forced to bring suit or lose a substantial property interest; his passing Multistate Bar Exam ("MBE") score.

7. In addition to the interests of members of the Bar of this Court, the public at large has an interest in the Court granting Witzke's Petition and the *Amici* seek to advance that public interest in the filing of their Amicus Curiae brief. As lawyers primarily serving the indigent in Idaho, the *Amici* see the need for underprivileged Idahoans to have access to competent legal representation, particularly rural Idahoans that often lack the resources to hire private counsel at current market rates.

8. Witzke seeks admission partly so that he can perform legal services to persons who otherwise would be unable to afford representation in federal court, in particular rural

Idahoans suffering from pauperism. The public at large would suffer injustice if Witzke is unable to advocate their interests due to the arbitrary denial of legal licensure, especially where Witzke is ready, willing, and available to serve the public as a passionate and skilled advocate. Thus, not only do the *Amici* speak on behalf of their own interests and that of the Federal Bar, but also that of Idaho's underprivileged populations and the Federal Bar's service to these individuals.

9. Therefore, the above-named Amicus filers respectfully request that the Court grant this Unopposed Motion to File an Amicus Curiae Brief in this matter.

RESPECTFULLY SUBMITTED,

DATE: March 8, 2024

/s/ Gregory R. Rauch
Gregory R. Rauch ISB# 7389
Alex Gluszczak ISB# 12260
Magyar, Rauch & Associates, PLLC
Attorneys at Law
326 E 6th Street
Moscow Idaho 83843
Tel: (208) 882-1906
Fax: (208) 882-4540
Email: rauch@mralegal.com,
eService: holt@mralegal.com

*Attorneys for Amicus Curiae*

## CERTIFICATE OF SERVICE

      I hereby certify that at the time this Motion was filed through the ECF system, an electronic copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Gregory R. Rauch
Gregory R. Rauch ISB# 7389
Alex Gluszczak ISB# 12260
Magyar, Rauch & Associates, PLLC
Attorneys at Law
326 E 6th Street
Moscow Idaho 83843
Tel: (208) 882-1906
Fax: (208) 882-4540

*Attorneys for Amicus Curiae*