Brooks M. Witzke
68 Upland Dr.
Sandpoint, Idaho 83864
302-604-4925
BrooksWitzke@Witzkelaw.com
*Attorney In Propria Persona*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| *In Re Brooks M. Witzke* | Misc. Business Dkt. No. 1:24cv44 |

### APPLICANT'S NON-OPPOSITION PURSUANT TO Dist. Idaho Loc. Civ. R. 7.1(a)(5) TO FEDERAL BAR MEMBERS' MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

COMES NOW Applicant, Brooks M. Witzke ("Witzke"), by and through self-representation, and who respectfully submits this Non-Opposition pursuant to Dist. Idaho Loc. Civ. R. 7.1(a)(5)[1] informing the Court and *Amici* counsel that Witzke has no objection or opposition to the Federal Bar Members' Motion for Leave to File *Amici Curiae* Brief, the *Amicus Curiae* Brief itself, or the Exhibits attached thereto. *See* Dkt. 8. Additionally, Witzke is looking forward to the involvement of the *Amici* in this case and welcomes their full participation in any future proceedings.

Respectfully submitted,

[SIGNATURE LINE ON NEXT]

---

[1] "Any party, either proposing or opposing a motion or other application, who does not intend to urge or oppose the same must immediately notify opposing counsel and the Clerk of Court by filing a pleading titled 'Non-Opposition to Motion.'" Dist. Idaho Loc. Civ. R. 7.1(a)(5).

DATE: March 8, 2024

_____/S/_____
Brooks M. Witzke
68 Upland Dr.
Sandpoint, Idaho 83864
302-604-4925
BrooksWitzke@Witzkelaw.com

*Attorney In Propria Persona*

## CERTIFICATE OF SERVICE

    I hereby certify that at the time this Notice of Non-Opposition was filed through the ECF system, an electronic copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_____/S/_____
Brooks M. Witzke
68 Upland Dr.
Sandpoint, Idaho 83864
302-604-4925
BrooksWitzke@Witzkelaw.com

*Attorney In Propria Persona*